```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2918
 5
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9               FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )
                                   )    3:09-mj-027 CMK
12              Plaintiff,         )
                                   )
13         v.                      )
                                   )    GOVERNMENT MOTION TO DISMISS
14  ERICK CAMPOS-GARCIA,           )
                                   )
15              Defendant.         )
    _____ )
16
17       Plaintiff United States of America, by and through United
18  States Attorney Benjamin B. Wagner and Assistant United States
19  Attorney Todd D. Leras, hereby moves, consistent with the Principles
20  of Federal Prosecution, to dismiss without prejudice under Rule
21  48(a) of the Federal Rules of Criminal Procedure the criminal
22  complaint against defendant Eric Campos-Garcia.  Based on subsequent
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /
```

1  investigation of the matter, the government does not believe that
2  there is sufficient evidence to proceed with this case.
3                                          Respectfully submitted,
4                                          BENJAMIN B. WAGNER
                                           United States Attorney
5
6  Dated: September 11, 2013               /s/ Todd D. Leras
                                           TODD D. LERAS
7                                          Assistant U.S. Attorney
                                           Attorney for Plaintiff
8

**O R D E R**

Based on the government's motion, it is hereby ordered that the criminal complaint against defendant Erick Campos-Garcia is dismissed without prejudice.

DATED:  September 12, 2013

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2